FILED

08/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0465

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

THOMAS RALPH BRISTOW,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 26, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2022